# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

|  |  |  |
|---|---|---|
| **HEATHER PATRICE HOGROBROOKS,** | ) ) ) | |
| Appellant, | ) ) | |
| v. | ) ) | **CASE NO. 07-2178** |
| **TEXAS GUARANTEED STUDENT LOAN CORPORATION and EDUCATIONAL CREDIT MANAGEMENT CORPORATION,** | ) ) ) ) ) | |
| Appellees. | ) ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation ("R&R") of the United States Magistrate Judge on Appellant Heather Patrice Hogrobrooks's ("Appellant") appeal from the decision of the United States Bankruptcy Court denying her motion for relief pursuant to Rule 60 of the Federal Rules of Civil Procedure. (D.E. #18.) The Magistrate Judge recommends that the Bankruptcy Court's judgment of December 6, 2006 be affirmed.

The Magistrate Judge issued his R&R on September 3, 2008. On September 9, 2008, Appellant e-mailed the Magistrate Judge's law clerk (and apparently opposing counsel as well) a list of several objections to the R&R. It seems that on that same date Appellant also formally filed objections with the Court. (D.E. #19.) These formal objections differ in substance from Appellant's e-mail. Regardless of which set of objections is considered, however, Appellant's arguments are without merit. The Court has reviewed the record before it and the Magistrate Judge's R&R, which accurately states the law applicable to this case.

Accordingly, the Court fully adopts the Magistrate Judge's Report and Recommendation as

its findings, and for the reasons contained therein, the Court **AFFIRMS** the judgment of the United States Bankruptcy Court.

IT IS SO ORDERED this the 25th day of September 2008.

                                                        s/Bernice Bouie Donald
                                                        BERNICE BOUIE DONALD
                                                        UNITED STATES DISTRICT JUDGE